BENJAMIN B. WAGNER
United States Attorney
MEGAN A. S. RICHARDS
Special Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93711
Phone: (559) 497-4023


Attorneys for Plaintiff
United States of America


IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1-12-CR-00333 LJO |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JOSE MARIN-VALENZUELA | |
| Defendant, | |


**STIPULATION**


Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on May 13, 2013 at 8:30 a.m.

2.      By this stipulation, defendant now moves to continue the status conference until May June 3, 2013 and to exclude time between May 13, 2013 and June 3, 2013 at 8:30 a.m. under 18 U.S.C. Section 3161(h)(7)(A), (b)(iv).  Plaintiff does not oppose this request.

1

1

2

3      3.      The parties agree and stipulate, and request that the Court find the following:

4      a.      Counsel for defendant desires additional time to consult with client, conduct

5  investigation, and further discuss a resolution of the case, including a possible 5k1.1 motion.

6      c.      Counsel for defendant believes that failure to grant the above-requested continuance

7  would deny him the reasonable time necessary for effective preparation, taking into account the

8  exercise of due diligence.

9      d.      The government does not object to the continuance.

10     e.      Based on the above-stated findings, the ends of justice served by continuing the case

11 as requested outweigh the interest of the public and the defendant in a trial within the original date

12 prescribed by the Speedy Trial Act.

13     f.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et

14 seq., within which trial must commence, the time period of May 13, 2013 to June 3, 2013, inclusive,

15 is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a

16 continuance granted by the Court at defendant's request on the basis of the Court's finding that the

17 ends of justice served by taking such action outweigh the best interest of the public and the

18 defendant in a speedy trial.

19     4.      Nothing in this stipulation and order shall preclude a finding that other provisions of

20 the Speedy Trial Act dictate that additional time periods are excludable from the period

21 within which a trial must commence.

22 IT IS SO STIPULATED.

23 DATED:      5/8/2013

24                          /s/ Megan A. S. Richards
                            MEGAN A. S. RICHARDS
25                          Special Assistant United States Attorney

26 DATED:      5/8/2013

27                          /s/ Anthony P. Capozzi
                            ANTHONY P CAPOZZI
28                          Counsel for Defendant
                                    2

1

**O R D E R**

2

3

4

5

6

7

IT IS SO ORDERED.

8

Dated:   __May 8, 2013__                    ____**/s/ Lawrence J. O'Neill**

9                                                    UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28